1  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
2  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ARMIN DOLIN,                    )  Case No. CV12 03445 SVW (AJWx)
                                   )
12           Plaintiff,            )  **ORDER**
                                   )
13       vs.                       )
                                   )  JS-6
14 DEUTSCHE LUFTHANSA              )
   AKTIENGESELLSCHAFT,             )
15                                 )
           Defendant.             )
16 _____ )

17

         Pursuant to the Stipulation of the Parties submitted concurrently herewith,

18       **IT IS HEREBY ORDERED** that Case No. CV12 03445 SVW (AJWx) is

19 hereby dismissed with prejudice.

20

21

22

23

24

25 Dated:  May 25, 2012

26                                _____
                                      Honorable Stephen V. Wilson
27                                    United States District Judge

28