1  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
2  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| ARMIN DOLIN, | ) | Case No. CV12 03445 SVW (AJWx) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, | ) | JS-6 |
| Defendant. | ) | |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV12 03445 SVW (AJWx) is hereby dismissed with prejudice.

Dated:  May 25, 2012

_____
Honorable Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER
CASE NO.: CV12 03445 SVW (AJWx)                                         LAOFFICE 22866V.1